Fill in this information to identify your case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — CS Group LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — 38-4101507

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6622 Ampton Dr. | 912 Church St., #24 |
| Number    Street | Number    Street |
| | P.O. Box |
| Spring    TX    77379 | Galveston    TX    77550 |
| City    State    ZIP Code | City    State    ZIP Code |
| Harris County | **Location of principal assets, if different from principal place of business** |
| County | 912 Church St. |
| | Number    Street |
| | Spring    TX    77389 |
| | City    State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  CS Group LLC _____  Case number *(if known)*_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
         District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____  Relationship _____
         District _____  When _____
                                                          MM / DD / YYYY
         Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

| Debtor | CS Group LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____

_____
City                                                State          ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   CS Group LLC
         Name
Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/06/2022
           MM / DD / YYYY

X _Carolina Dupuis_    Carolina Dupuis
Signature of authorized representative of debtor    Printed name

Title  Managing Member

**18. Signature of attorney**

X _/s/_     Date 06/06/2022
Signature of attorney for debtor          MM / DD / YYYY

Vianey Garza
Printed name

Dore Rothberg McKay, P.C.
Firm name

16225 Park Ten Place Dr. 700
Number   Street

Houston                              TX        77084
City                                 State     ZIP Code

281-829-1555                vgarza@dorelaw.com
Contact phone               Email address

24083057                    TX
Bar number                  State

Debtor **CS Group LLC**
First Name    Middle Name    Last Name

Case number *(if known)*

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| **Location Of Assets** | 918 Winnie St.  Galveston, TX 77550, Galveston County |
| **Location Of Assets** | 732 1st Ave. N.  Texas City, TX 77590, Galveston County |

**Fill in this information to identify the case:**

Debtor name: CS Group LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Law Office of Michael S. Burg<br>1838 Snake River Road, Suite F<br>Katy, TX | Miahcel Burg<br>713-627-8885<br>michael@burglawfirm.com | Services | | | | Unknown |
| 2 | Waste Connections of Texas LLC<br>827 W. Hwy. 6<br>P.O. Box 1508<br>Alvin, TX, 77512 | | | | | | Unknown |
| 3 | GCTO<br>722 Moody<br>Galveston, TX, 77550 | | | | | | Unknown |
| 4 | Republic Services<br>8101 E. Little York Rd.<br>Houston, TX, 77016 | | | | | | Unknown |
| 5 | Centerpoint Energy<br>P.O. Box 4981<br>Houston, TX, 77210 | | | | | | Unknown |
| 6 | Just Energy<br>P.O. Box 650518<br>Dallas, TX, 75265-0518 | | | | | | Unknown |
| 7 | City of Texas City Water<br>P.O. Box 3837<br>Texas City, TX, 77592-3837 | | | | | | Unknown |
| 8 | Texas Gas Services<br>P.O. Box 219913<br>Kansas City, MO, 64121 | | | | | | Unknown |

Debtor ___CS Group LLC_____ Case number (*if known*)_____
     Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | City of Galveston Water  P.O. Box 779  Galveston, TX, 77553 | | | | | | Unknown |
| 10 | TXU Energy  P.O. Box 650638  Dallas, TX, 75265 | | | | | | Unknown |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

United States Bankruptcy Court
Southern District of Texas

In re: CS Group LLC

Debtor(s)

Case No.

Chapter 11

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/06/2022

_____Carolin Depui_____
Signature of Individual signing on behalf of debtor

_____Managing Member_____
Position or relationship to debtor

Alecs Young
2826 David St.
Rosenberg , TX 77471

Apffel Legal
Attn: Blake Apffel
104 Moody Ave #101
Galveston, TX 77550

Blackwater Holdings 1 LLC
512 Falcon Lak Dr.
Friendswood , TX 77546

Brian J. Knipling, Trustee
2216 Thompson Rd., Suite 111
Richmond, TX 77469

Centerpoint Energy
P.O. Box 4981
Houston, TX 77210

City of Galveston Water
P.O. Box  779
Galveston, TX 77553

City of Texas City Water
P.O. Box 3837
Texas City, TX 77592-3837

Galveston Central Appraisal District
9850 Emmett F. Lowry Expressway
Ste. A101
Texas City, TX 77591

Galveston County Tax Office
722 Moody
Galveston, TX 77550

GCTO
722 Moody
Galveston, TX 77550

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jet lending
1419 FM 1960 east
Houston, TX 77073

Just Energy
P.O. Box 650518
Dallas, TX 75265-0518

Law Office of Michael S. Burg
1838 Snake River Road, Suite F
Katy, TX

Republic Services
8101 E. Little York Rd.
Houston, TX 77016

Rodolfo Ruiz
2815 David St.
Rosenberg , TX 77471

Ryan Kasemeyer
2815 David St.
Rosenberg, TX 77471

Texas Gas Services
P.O. Box 219913
Kansas City, MO 64121

TXU Energy
P.O. Box 650638
Dallas, TX 75265

Walter  Alvarez
11131 Harlem Road suite 110
Richmond, TX 77406

Waste Connections of Texas LLC
827 W. Hwy. 6
P.O. Box 1508
Alvin, TX 77512